# CIVIL RIGHTS COMPLAINT FORM

FOR USE IN ACTIONS UNDER 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF FLORIDA

_TALLAHASSEE_ DIVISION

1. FRANCIS WAYNE PAYNE,
2. _____,
3. _____.

(Enter the full name of each plaintiff, plus inmate number (if applicable). Begin the name of each plaintiff on a new line. The entire name of each party should be in capital letters. Descriptive terms such as a party's title or job position should be in normal case.)

vs.

CASE NUMBER: 4:02CV156 WS/WCS
(To be assigned by Clerk)

1. DAVID F. HARVEY,
2. ANNIE WHITE,
3. _____,
4. _____.

(Enter the full name of each defendant in the same manner as above. If additional space is required, use the blank area directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

Revised 7/97

U.S. DISTRICT
NORTHERN DIST.
TALLAHASSEE, FLA.

02 MAY -2 PM 2:09

FILED

-1-

I. **PLAINTIFFS:**

State your <u>full name</u>, inmate number, and full mailing address in the lines below. Include the name of the institution in which you are confined. Do the same for any additional Plaintiffs:

(A) Plaintiff's name: _FRANCIS WAYNE PAYNE_
   Plaintiff's inmate number: _#025740_
   Prison or jail: _Wakulla County Jail_
   Mailing address: _15 Oak Street_
   _Crawfordville, Florida. 32327_

II. **DEFENDANTS:**

State the <u>full name</u> of the defendant, official position, mailing address, and place of employment. Do the same for <u>every</u> defendant.

(1) Defendant's name: _DAVID F. HARVEY_
   Official position: _SHERIFF OF Wakulla County_
   Mailing address: _15 Oak Street Crawfordville Florida. 32327_
   Employed at: _SHERIFF_

(2) Defendant's name: _ANNIE WHITE_
   Official position: _Detective_
   Mailing address: _15 Oak Street Crawfordville Florida. 32327_
   Employed at: _Wakulla County Sheriff's Office_

(3) Defendant's name: _____
   Official position: _____
   Mailing address: _____
   Employed at: _____

<u>ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS</u>

2

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES:

NOTE: THE COURT WILL NOT ACCEPT THE COMPLAINT FOR FILING UNTIL PLAINTIFF(S) FILL OUT THE FOLLOWING REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES. UNDER THE PRISON LITIGATION REFORM ACT OF 1995, 42 U.S.C. § 1997e (AS AMENDED), THIS COMPLAINT IS SUBJECT TO <u>DISMISSAL</u> IF THE CLAIMS PRESENTED HAVE NOT BEEN PROPERLY EXHAUSTED.

A. DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?

Yes( )            No(✓)

[If your answer is YES, answer all the questions in this subsection. If your answer is NO, proceed to subsection III B.]

Exhaustion of administrative remedies pursuant to Fla. Admin. Code Chapter 33-29 is required prior to pursuing a civil rights action concerning events occurring within the Florida Department of Corrections. Any required grievances, appeals, and responses **must** be submitted to the Court to verify exhaustion. Each plaintiff must complete a separate Section III.

**EXHAUSTION STEPS REQUIRED:**

\* Emergency Grievance, Grievance of Reprisal, Grievance of a Sensitive Nature, Medical Grievance, Grievance Concerning Violation of Americans with Disabilities Act (ADA), Medical Grievance, Grievance Involving Admissible Reading Material, Grievance Governed by Fla. Admin. Code Rule 33-11.0065 Incentive Gain Time, Grievance Involving Disciplinary Action.

    a.   Formal Grievance to Superintendent or to the Office of Secretary (Form DC1-303)
    b.   Appeal to the Office of Secretary (Form DC1-303)

\* General Grievance

    a.   Informal Grievance (Form DC3-005)
    b.   Formal Grievance (Form DC1-303)
    c.   Appeal to the Office of Secretary (Form DC1-303)

**EXHAUSTION STEPS TAKEN:**

1. Emergency Grievance, Grievance of Reprisal, Grievance of a Sensitive Nature, Medical Grievance, Grievance Concerning Violation of Americans with Disabilities Act (ADA), Grievance Involving Admissible Reading Material, Grievance Governed by Fla. Admin. Code Rule 33-11.0065 Incentive Gain Time, Grievance

3

Involving Disciplinary Action (these are requests for Administrative Remedy or Appeal, by-passing the informal grievance step).

    a. Did you submit your grievance directly to the Superintendent and/or to the Office of Secretary (Form DC1-303)?

        Yes( )        No(✓)

    b. If so, you must attach a copy of the grievance and response to this complaint form.

    c. Were you denied emergency status or otherwise required to first file an informal grievance?

        Yes( )        No(✓)

    d. Did you have a disciplinary hearing concerning this matter?

        Yes( )        No(✓)

    e. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this complaint form.

2. Informal Grievance (Request for Interview)

    a. Did you submit an informal grievance (Form DC3-005)?

        Yes( )        No(✓)

    b. If so, you must attach a copy of the grievance and response to this complaint form.

3. Formal Grievance (Request for Administrative Remedy or Appeal)

    a. Did you submit a formal grievance (Form DC1-303)?

        Yes( )        No(✓)

    b. If so, you must attach a copy of the grievance and response to this complaint form.

4. Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

    a. Did you submit an appeal to the Office of the

Secretary (Form DC1-303)?

Yes ( )   No (✓)

b. If so, you must attach a copy of the appeal and response to this complaint form.

B. DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN A COUNTY JAIL?

Yes ( )   No (✓)

If your answer is YES, answer the following questions.

1. Is there a grievance procedure at your institution or jail?

Yes ( )   No (✓)

2. Did you present the facts relating to your complaint in the prison grievance procedure?

Yes ( )   No (✓)

3. If your answer is YES:

a. What steps did you take?

b. What were the results?

4. If your answer is NO, explain why not:

IV. PREVIOUS LAWSUITS

NOTE: UNDER THE PRISON LITIGATION REFORM ACT OF 1995, 28 U.S.C. § 1915 (AS AMENDED), NO PRISONER SHALL BRING A CIVIL ACTION OR APPEAL A JUDGMENT IN A CIVIL ACTION UNDER 28 U.S.C. § 1915 IF THE PRISONER HAS, ON 3 OR MORE PRIOR OCCASIONS, WHILE INCARCERATED OR DETAINED IN ANY FACILITY, BROUGHT AN ACTION OR APPEAL IN A COURT OF THE UNITED STATES THAT WAS DISMISSED ON THE GROUNDS THAT IT IS FRIVOLOUS, MALICIOUS, OR FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, UNLESS THE PRISONER IS UNDER IMMINENT DANGER OF SERIOUS PHYSICAL INJURY. THEREFORE, IT IS EXTREMELY IMPORTANT THAT THIS SECTION BE COMPLETED IN **THE MOST TRUTHFUL AND COMPLETE MANNER POSSIBLE**. FAILURE TO GIVE COMPLETE AND TRUTHFUL INFORMATION ABOUT PRIOR CASES CAN RESULT IN THE **DISMISSAL** OF THIS ACTION.

A. Have you initiated other actions in **state** court dealing with the same or similar facts or issues as involved in this action?   Yes ( )   No (✓)

B. Have you initiated other actions in **federal** court dealing with the same or <u>similar</u> facts or issues as involved in this action?     Yes( )     No(✓)

C. If your answer to either (A) or (B) is YES, describe each action in the space provided below. If there is more than one action, describe all additional actions on a separate piece of paper, using the same format as below.

   (1) Parties to previous action:

       Plaintiff(s):
       Defendant(s):

   (2) Court (if federal court, name the district; if state court, name the county):

   (3) Docket Number:

   (4) Name of Judge:

   (5) Briefly describe the facts and basis of the action:

   (6) Disposition (Was the case dismissed? If so, why? Did you appeal? What result?):

   (7) Approximate filing date:

   (8) Approximate disposition date:

D. Have you initiated other actions (other than those listed in (A) or (B)) in state or federal court relating to the fact or manner of your imprisonment or the conditions of your imprisonment?     Yes( )     No(✓)

E. If your answer to (D) is YES, describe each action in the spaces below. Attach additional pages if necessary.

   (1) Court (if federal court, name the district; if state, name the county):

   (2) Docket Number:

   (3) Parties to the previous action
       (a). Plaintiff(s):
       (b). Defendant(s):

   (4) Basis of action:

   (5) Is it still pending?     Yes( )     No(✓)

**V.   STATEMENT OF FACTS:**

Using numbered paragraphs, state as briefly as possible the **FACTS** of your case.  Describe how <u>each</u> defendant was involved and what each did or did not do to give rise to your claim.  Include the names of persons involved, dates, times, and places. State exactly what happened.  **DO NOT make any legal arguments or cite any cases or statutes.**  You may make copies of these pages and attach additional sheets of paper if needed:

I FRANCIS W. PAYNE was at a house in Tallahassee Florida. and I met a girl who needed a ride to Wall-Mart. She also needed a ride to Wakulla County to the home of an unknown person which she told me, she was picking up some money from a guy who owed her money. Upon arriving to the residence I was instructed to pull up in front of the tractor which I did, without any questions asked, she told me to wait a minute, and shortly after the girl called to me to pull over here, get out and come inside, I pulled over to carport and got out of my truck, upon exiting my truck the girl went back inside residence, I started walking under carport just before I get to the door, Detective Annie White pulled up to the residence, upon exiting her car she ran up to me and asked me where my partner was, the "Black guy" and then Annie White drew her weapon and told me to get down on the ground, where she cuffed me while sitting on my back, knees in back hurting my lower back, causing severe lower back pain she was really ugly with her choice of words, she →

7

V. <u>Statement of Facts:</u>

Told me you really _ucked up this time. I complained to the officer that she was hurting me, my back, she Annie White told me to shut the _uck up. She don't give a damn about my back.

Note: The girls name was suspossedly Susan Spain.

## VI. STATEMENT OF CLAIM:

State as briefly as possible what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim, and relate each claim to the facts in the complaint. If the claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.

Sheriff David Harvey and Officer Annie White Acting as an official Branch for Sheriff Harvey without provocation and under color of law: Threatened, And Her Actions created physical and psychological Injury, Including Lower Back Injury During the Arrest, Also extensive psychological Trama. Annie White Acting for Sheriff David Harvey In their official capacities, were willful, wanton, Reckless, molicious, and Neglegent, and violated The Laws, privileges, and Immunities secured In the United States constitution, In particular: The protection against cruel and unusual punishment, Guaranteed under the 8th Amendment; The Rights secured under the 9th and 10th Amendments; and the Right To equal protection of the Laws Guaranteed under the 14th Amendment. The plaintiff Asserts that the Actions Taken By Annie White Feercefully pulling and pointing Her gun In the Face of the plaintiff was Arboetrary and molicious that the punishment was Without Any penological purpose, And the Actions Cumulatively, would shock the Conscience of Any Reasonable Citizen.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from this court. Do not make any legal arguments or cite any cases. You may, if you wish, cite statutes which authorize the relief requested, but need not do so.

1) The Plaintiff Requests A Trial By Jury.
2) The plaintiff Requests Any And all Lawyer Fees Be paid By the Defendants.
3) The plaintiff Requests any and all court cost Be paid By the Defendants.
4) The plaintiff Requests All medicines, medical Bills, Ect... Relating To Injuries Be paid By the Defendants.
5) The plaintiff Seeks the sum of $75,000.00 Dollars Be paid To Him By the Defendants.

## VIII. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

Signed this 30th day of APRIL, 2002.

Leonis Wayne Payne

(Signature(s) of Plaintiff(s))

Connie R. Porter
MY COMMISSION # DD035830 EXPIRES
July 8, 2005
BONDED THRU TROY FAIN INSURANCE, INC.

Connie R. Porter

Revised 2/97

9